IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STANLEY L. WADE,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>REGIONAL DIRECTOR, INTERNAL REVENUE SERVICE – OGDEN,<br><br>　　　　　　Respondent. | MEMORANDUM DECISION AND ORDER<br><br>Case No.  1:08-CV-0148-CW<br><br>Judge Clark Waddoups |

**PETITIONER'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER[1]**

Petitioner objects under Fed. R. Civ. P. 72(a), asking that the court reviews Judge Alba's determination that "Respondent is not required to respond to the discovery requests at issue because they were untimely."  (Order, 3)(Dkt. No. 45).  The court will "modify or set aside any part of the order that is clearly erroneous or is contrary to law."  Fed. R. Civ. P. 72(a).  However, the court cannot conclude that such an error was made.  Accordingly, Judge Alba's order is upheld for the reasons indicated in that order.  Petitioner's objection is DENIED.

DATED this 4th day of March, 2011.

BY THE COURT:

_____

Clark Waddoups

United States District Judge

---

[1] (Dkt. No. 46.)

1